⍥AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

JULIE D. GLOBUS, CUSTODIAN FOR
TAL M. GLOBUS

**SUMMONS IN A CIVIL CASE**

V.

ARTHUR W. COVIELLO, JR.,CHARLES R.
STUCKEY, JR.,JOHN ADAMS,JOHN F.
KENNEDY,SCOTT T. SCHNELL,JOSEPH
UNIEJEWSKI,GLORIA C. LARSON,JOSEPH B.     CASE NUMBER:        0 6 - 3 6 7
LASSITER III,RICHARD A. DEMILLO,
RICHARD L. EARNEST,WILLIAM H. HARRIS,JR.
ORSON G. SWINDLE III,ROBERT P. BADAVAS,
JAMES K. SIMS,TAHER ELGAMAL
                                        Defendants
and
RSA SECURITY INC.,
                        Nominal Defendant
        TO: (Name and address of Defendant)

    James K. Sims
    c/o Corporation Trust Company
    Corporation Trust Center
    1209 Orange Street
    Wilmington, DE 19801


**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

A. Zachary Naylor
Chimicles & Tikellis LLP
One Rodney Square
Wilmington, DE 19899


an answer to the complaint which is served on you with this summons, within ____20____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.


PETER T. DALLEO                                    JUN 0 1 2006

_____          _____
CLERK                                     DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | June 5, 2006 |
| NAME OF SERVER (PRINT) Danny P. Randolph, Jr. | TITLE | Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☒ Other (specify): Served: James K. Sims                  pursuant to 10 Del.C.§3114
    c/o Corporation Trust Company at Corporation Trust Center,
    1209 Orange Street, Wilmington, DE 19801.  Copies thereof were
    accepted by Scott LaScala of the Corporation Trust Company.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___6/6/06___        *Danny P Randolph*
              Date                *Signature of Server*

                    Chimicles & Tikellis LLP
                    One Rodney Square
                    Wilmington, DE 19899
                    *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.