# Chimicles & Tikellis LLP
ATTORNEYS AT LAW

One Rodney Square
P.O. Box 1035
Wilmington DE 19899
Telephone: (302) 656.2500
Telecopier: (302) 656.9053
E-mail: Mail@Chimicles.com

Nicholas E. Chimicles
Pamela S. Tikellis *
James R. Malone, Jr.
Michael D. Gottsch
Robert J. Kriner, Jr. *
Steven A. Schwartz
M. Katherine Meermans
Candice L.H. Hegedus
Joseph G. Sauder
Kimberly M. Donaldson
Daniel B. Scott
Fatema E.F. Burkey
Robert R. Davis *
Kimberly M. Litman
Timothy N. Mathews
A. Zachary Naylor *
Timothy P. Briggs

OF COUNSEL
Morris M. Shuster
Denise Davis Schwartzman
Anthony Allen Geyelin

*Attorneys admitted to
practice in Delaware

June 7, 2006

**BY HAND DELIVERY**
Dr. Peter T. Dalleo, Clerk of Court
U.S. District Court for The District of Delaware
844 N. King Street
Wilmington, DE 19801

Re:   Globus v. Coviello, et. al. C.A. No. 06-367

Dear Dr. Dalleo:

Pursuant to 10 Del. C. § 3114, please serve process by registered mail upon the defendants at the addresses indicated:

Arthur W. Coviello, Jr.
RSA Security, Inc.
174 Middlesex Turnpike
Bedford, MA 01730

Scott T. Schnell
RSA Security, Inc.
174 Middlesex Turnpike
Bedford, MA 01730

Charles R. Stuckey, Jr.
RSA Security, Inc.
174 Middlesex Turnpike
Bedford, MA 01730

Joseph Uniejewski
RSA Security, Inc.
174 Middlesex Turnpike
Bedford, MA 01730

John Adams
RSA Security, Inc.
174 Middlesex Turnpike
Bedford, MA 01730

Gloria C. Larson
RSA Security, Inc.
174 Middlesex Turnpike
Bedford, MA 01730

John F. Kennedy
RSA Security, Inc.
174 Middlesex Turnpike
Bedford, MA 01730

Joseph B. Lassiter, III
RSA Security, Inc.
174 Middlesex Turnpike
Bedford, MA 01730

HAVERFORD OFFICE
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642.8500
Telecopier: (610) 649.3633

Dr. Peter T. Dalleo
June 7, 2006
Page 2

Richard A. DeMillo
RSA Security, Inc.
174 Middlesex Turnpike
Bedford, MA 01730

Robert P. Badavas
RSA Security, Inc.
174 Middlesex Turnpike
Bedford, MA 01730

Richard L. Earnest
RSA Security, Inc.
174 Middlesex Turnpike
Bedford, MA 01730

James K. Sims
RSA Security, Inc.
174 Middlesex Turnpike
Bedford, MA 01730

William H. Harris, Jr.
RSA Security, Inc.
174 Middlesex Turnpike
Bedford, MA 01730

Taher Elgamal
RSA Security, Inc.
174 Middlesex Turnpike
Bedford, MA 01730

Orson G. Swindle, III
RSA Security, Inc.
174 Middlesex Turnpike
Bedford, MA 01730

Service upon the individual defendants listed above was effected on June 5, 2006 by serving the registered agent in Delaware of RSA Security Inc.: Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, DE 19801.

After diligent effort we have been unable to ascertain the residential addresses of any of the individual defendants. Thus, service is being requested upon the defendants at the principal executive office of RSA Security Inc.

After you have certified the copies of the Summonses and the Complaint, please call me so that I may direct a messenger from our office to accompany you or your agent to the post office.

Thank you very much for your attention to this matter.

Sincerely,

Daniel J. Brown (#4688)

DJB
Enclosures