OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

June 7, 2006

Arthur W. Coviello, Jr.
RSA Security, Inc.
174 Middlesex Turnpike
Bedford, MA 01730

Scott T. Schnell
RSA Security, Inc.
174 Middlesex Turnpike
Bedford, MA 01730

Charles R. Stuckey, Jr.
RSA Security, Inc.
174 Middlesex Turnpike
Bedford, MA 01730

Joseph Uniejewski
RSA Security, Inc.
174 Middlesex Turnpike
Bedford, MA 01730

John Adams
RSA Security, Inc.
174 Middlesex Turnpike
Bedford, MA 01730

Gloria C. Larson
RSA Security, Inc.
174 Middlesex Turnpike
Bedford, MA 01730

John F. Kennedy
RSA Security, Inc.
174 Middlesex Turnpike
Bedford, MA 01730

Joseph B. Lassiter, III
RSA Security, Inc.
174 Middlesex Turnpike
Bedford, MA 01730

Richard A. DeMillo
RSA Security, Inc.
174 Middlesex Turnpike
Bedford, MA 01730

Robert P. Badavas
RSA Security, Inc.
174 Middlesex Turnpike
Bedford, MA 01730

Richard L. Earnest
RSA Security, Inc.
174 Middlesex Turnpike
Bedford, MA 01730

James K. Sims
RSA Security, Inc.
174 Middlesex Turnpike
Bedford, MA 01730

William H. Harris, Jr.
RSA Security, Inc.
174 Middlesex Turnpike
Bedford, MA 01730

Taher Elgamal
RSA Security, Inc.
174 Middlesex Turnpike
Bedford, MA 01730

Orson G. Swindle, III
RSA Security, Inc.
174 Middlesex Turnpike
Bedford, MA 01730

RE: Globus v. Coviello, et al.
   Civil Action 06-367 UNA

Dear Sirs:

    Enclosed please find certified copies of Summons, and Complaint. Also, enclosed is a Magistrate consent form.

    This service is being made in accordance with Title 10 of the Delaware Code, Section 3114.

               Very truly yours,


               Elizabeth L. Strickler
               Deputy Clerk

Encls.

cc: Daniel J. Brown Esq.
Chimicles & Tikellis LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899

Mailed by: _____