IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Julie D. Globus | : |
| | : |
| Plaintiff, | : |
| | : Civil Action No. 06-367 |
| v. | : |
| | : |
| Arthur W. Coviello et al. | : |
| | : |
| Defendants. | : |

### AFFIDAVIT

I, Elizabeth L. Strickler, being first duly sworn, deposed and say that pursuant to Title 10 Del. Code Section 3114, I did send on June 7, 2006 by Registered mail to the following individuals to their respective addresses:

| | |
|---|---|
| Arthur W. Coviello, Jr.<br>RSA Security, Inc.<br>174 Middlesex Turnpike<br>Bedford, MA 01730 | Scott T. Schnell<br>RSA Security, Inc.<br>174 Middlesex Turnpike<br>Bedford, MA 01730 |
| Charles R. Stuckey, Jr.<br>RSA Security, Inc.<br>174 Middlesex Turnpike<br>Bedford, MA 01730 | Joseph Uniejewski<br>RSA Security, Inc.<br>174 Middlesex Turnpike<br>Bedford, MA 01730 |
| John Adams<br>RSA Security, Inc.<br>174 Middlesex Turnpike<br>Bedford, MA 01730 | Gloria C. Larson<br>RSA Security, Inc.<br>174 Middlesex Turnpike<br>Bedford, MA 01730 |
| John F. Kennedy<br>RSA Security, Inc.<br>174 Middlesex Turnpike<br>Bedford, MA 01730 | Joseph B. Lassiter, III<br>RSA Security, Inc.<br>174 Middlesex Turnpike<br>Bedford, MA 01730 |

| | |
|---|---|
| Richard A. DeMillo<br>RSA Security, Inc.<br>174 Middlesex Turnpike<br>Bedford, MA 01730 | Robert P. Badavas<br>RSA Security, Inc.<br>174 Middlesex Turnpike<br>Bedford, MA 01730 |
| Richard L. Earnest<br>RSA Security, Inc.<br>174 Middlesex Turnpike<br>Bedford, MA 01730 | James K. Sims<br>RSA Security, Inc.<br>174 Middlesex Turnpike<br>Bedford, MA 01730 |
| William H. Harris, Jr.<br>RSA Security, Inc.<br>174 Middlesex Turnpike<br>Bedford, MA 01730 | Taher Elgamal<br>RSA Security, Inc.<br>174 Middlesex Turnpike<br>Bedford, MA 01730 |
| Orson G. Swindle, III<br>RSA Security, Inc.<br>174 Middlesex Turnpike<br>Bedford, MA 01730 | |

certified copies of Summons, and Complaint in the above-styled case. I also enclosed a Magistrate consent form.

_____
Elizabeth L. Strickler
Deputy Clerk

Sworn to and subscribed before me this 7th day of June, 2006.

_____
Ronald B. Eberhard
Deputy Clerk