# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

Civil Action No. _06-367_

## RETURN OF SERVICE BY MAIL

The party listed on the *Return Receipt Card* below was served by registered mail, return receipt requested on the dated indicated on the card:

Registered No. RB858315098US
RB 858 315 098 US

| | | |
|---|---|---|
| Reg. Fee | $7.90 | |
| Handling Charge | $0.00 | Return Receipt $1.85 |
| Postage | $2.31 | Restricted Delivery $0.00 |
| Received by | | |

Date Stamp
0501
14
06/07/2006

To Be Completed By Post Office

Customer Must Declare Full Value $ $0.00

☐ With Postal Insurance
☒ Without Postal Insurance

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. *(See Reverse).*

OFFICIAL USE

To Be Completed By Customer (Please Print) All Entries Must Be In Ballpoint or Typed

FROM: US District Court/CA No. 06-367
844 N. King St.
Wilmington De 19801

TO: Charles R Stuckey, Jr
c/o RSA Security Inc
174 Middlesex Turnpike
Bedford MA 01730

PS Form 3806, **Receipt for Registered Mail** Copy 1 - Customer
May 2004 (7530-02-000-9051) *(See Information on Reverse)*
For domestic delivery information, visit our website at *www.usps.com* ®

Registered No. RB858315107US
RB 858 315 107 US

| | | |
|---|---|---|
| Reg. Fee | $7.90 | |
| Handling Charge | $0.00 | Return Receipt $1.85 |
| Postage | $2.31 | Restricted Delivery $0.00 |
| Received by | | |

Date Stamp
0501
14
06/07/2006

To Be Completed By Post Office

Customer Must Declare Full Value $ $0.00

☐ With Postal Insurance
☒ Without Postal Insurance

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. *(See Reverse).*

OFFICIAL USE

To Be Completed By Customer (Please Print) All Entries Must Be In Ballpoint or Typed

FROM: US District Court/CA No. 06-367
844 N. King St.
Wilmington DE 19801

TO: John Adams
c/o RSA Security Inc
174 Middlesex Turnpike
Bedford MA 01730

PS Form 3806, **Receipt for Registered Mail** Copy 1 - Customer
May 2004 (7530-02-000-9051) *(See Information on Reverse,*
For domestic delivery information, visit our website at *www.usps.com* ®







**Registered No.** RB858315138US
RB 858 315 138 US

| | | | |
|---|---|---|---|
| Reg. Fee | $7.90 | | |
| Handling Charge | $0.00 | Return Receipt | $1.85 |
| Postage | $2.31 | Restricted Delivery | $0.00 |

Received by

Customer Must Declare Full Value $ $0.00

☐ With Postal Insurance
☑ Without Postal Insurance

**Date Stamp**
0501
14
06/07/2006

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

OFFICIAL USE

FROM:
US District Court/CA No. 06-367
844 N. King St.
Wilmington DE 19801

TO:
Taher Elgamal
c/o RSA Security Inc
174 Middlesex Turnpike
Bedford MA 01730

PS Form 3806, Receipt for Registered Mail    Copy 1 - Customer
May 2004 (7530-02-000-9051)    (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

---

**Registered No.** RB858315141US
RB 858 315 141 US

| | | | |
|---|---|---|---|
| Reg. Fee | $7.90 | | |
| Handling Charge | $0.00 | Return Receipt | $1.85 |
| Postage | $2.31 | Restricted Delivery | $0.00 |

Received by

Customer Must Declare Full Value $ $0.00

☐ With Postal Insurance
☑ Without Postal Insurance

**Date Stamp**
0501
14
06/07/2006

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

OFFICIAL USE

FROM:
US District Court/CA No 06-367
844 N. King St.
Wilmington, DE 19801

TO:
Robert P. Badavas
c/o RSA Security Inc
174 Middlesex Turnpike
Bedford MA 01730

PS Form 3806, Receipt for Registered Mail    Copy 1 - Customer
May 2004 (7530-02-000-9051)    (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

---

**Registered No.** RB858315155US
RB 858 315 155 US

| | | | |
|---|---|---|---|
| Reg. Fee | $7.90 | | |
| Handling Charge | $0.00 | Return Receipt | $1.85 |
| Postage | $2.31 | Restricted Delivery | $0.00 |

Received by

Customer Must Declare Full Value $ $0.00

☐ With Postal Insurance
☐ Without Postal Insurance

**Date Stamp**
0501
14
06/07/2006

Domestic Insurance up to $25,000 is included in the fee. International Indemnity Is limited. (See Reverse).

OFFICIAL USE

FROM:
US District Court/CA No. 06-367
844 N. King St.
Wilmington DE 19801

TO:
Orson G. Swindle III
c/o RSA Security Inc
174 Middlesex Turnpike
Bedford MA 01730

PS Form 3806, Receipt for Registered Mail    Copy 1 - Customer
May 2004 (7530-02-000-9051)    (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

---

**Registered No.** RB858315124US
RB 858 315 124 US

| | | | |
|---|---|---|---|
| Reg. Fee | $7.90 | | |
| Handling Charge | $0.00 | Return Receipt | $1.85 |
| Postage | $2.31 | Restricted Delivery | $0.00 |

Received by

Customer Must Declare Full Value $ $0.00

☐ With Postal Insurance
☑ Without Postal Insurance

**Date Stamp**
0501
14
06/07/2006

Domestic Insurance up to $25,000 is included in the fee. International Indemnity Is limited. (See Reverse).

OFFICIAL USE

FROM:
US District Court/CA No. 06-367
844 N. King St.
Wilmington DE 19801

TO:
James K. Sims
c/o RSA Security Inc
174 Middlesex Turnpike
Bedford, MA 01730

PS Form 3806, Receipt for Registered Mail    Copy 1 - Customer
May 2004 (7530-02-000-9051)    (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®





**Registered No.** RB958315084US
RB 958315 084 US

| To Be Completed By Post Office | | | |
|---|---|---|---|
| Reg. Fee | $7.90 | | |
| Handling Charge | $0.00 | Return Receipt | $1.85 |
| Postage | $2.31 | Restricted Delivery | $0.00 |
| Received by | TR | | |

**Date Stamp**

RODNEY SQ STA WILMINGTON DE 19801
0501 14 JUN 07/2006 USPS

Customer Must Declare Full Value $   $0.00

☐ With Postal Insurance
☒ Without Postal Insurance

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. *(See Reverse).*

OFFICIAL USE

**To Be Completed By Customer (Please Print)**
**All Entries Must Be in Ballpoint or Typed**

FROM:
US District Court/CA No 06-367
844 N. King St.
Wilmington DE 19801

TO:
Arthur W. Coviello, Jr.
c/o RSA Security Inc
174 Middlesex Turnpike
Bedford MA 01730

PS Form **3806,**    **Receipt for Registered Mail**    *Copy 1 - Customer*
May 2004 (7530-02-000-9051)    *(See Information on Reverse)*
For domestic delivery information, visit our website at *www.usps.com* ®