United States District Court

For the District of Delaware

## Acknowledgement of Service Form
## For Service By Return Receipt

Civil Action No. 06 - 367 SLR

Attached below is a return receipt card reflecting proof of service
upon the named party on the date show.

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete Item 4 If Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ □ Agent □ Addressee<br>B. Received by *( Printed Name)* Anthry Berhl \| C. Date of Delivery |
| 1. Article Addressed to:<br><br>Charles R. Stuckey, Jr.<br>c/o RSA Security, Inc.<br>174 Middlesex Turnpike<br>Bedford, MA 01730 | D. Is delivery address different from Item 1? □ Yes<br>If YES, enter delivery address below: □ No<br><br><br>3. Service Type<br>☒ Certified Mail □ Express Mail<br>□ Registered □ Return Receipt for Merchandise<br>□ Insured Mail □ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)* □ Yes |
| 2. Article Number<br>*(Transfer from service label)* RB 858 215 098 US | |
| PS Form 3811, February 2004    Domestic Return Receipt | 102595-02-M-1540 |

United States District Court

For the District of Delaware

## Acknowledgement of Service Form
## For Service By Return Receipt

Civil Action No. 06 - 367 SLR

Attached below is a return receipt card reflecting proof of service
upon the named party on the date show.

FILED U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2005 JUN 14  PM 3: 45

UNITED STATES POSTAL SERVICE L MA 0195

12 JUN 2006 PM 3 L

First Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

C.A. 06-367
US District Court
844 N. King Street
Wilmington, DE 19801
                Long Arm, 10 Del.C. 3114