United States District Court

For the District of Delaware

## Acknowledgement of Service Form
## For Service By Return Receipt

Civil Action No. 06-367 SLR

Attached below is a return receipt card reflecting proof of service upou the named party on the date show.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature   X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) Anthony Bobl   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Joseph Uniejewski<br>c/o RSA Security Inc.<br>174 Middlesex Turnpike<br>Bedford, MA 01730 | D. Is delivery address different from item 1? ☐ Yes   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) RB 858 315 190 US | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

United States District Court

For the District of Delaware

## Acknowledgement of Service Form
## For Service By Return Receipt

Civil Action No. 06-367 SLR

Attached below is a return receipt card reflecting proof of service upon the named party on the date show.

UNITED STATES POSTAL SERVICE

12 JUN 2006 PM 3

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

C.A. 06-367
US District Court
844 N. King Street
Wilmington, DE 19801

Long Arm, 10 Del.C. 3114