United States District Court

For the District of Delaware

## Acknowledgement of Service Form
## For Service By Return Receipt

Civil Action No. 06-367 SLR

Attached below is a return receipt card reflecting proof of service upon the named party on the date show.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  X _____  ☐ Agent  ☐ Addressee |
| | B. Received by (Printed Name) Anthony Bark   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Gloria C. Larson<br>c/o RSA Security Inc.<br>174 Middlesex Turnpike<br>Bedford, MA 01730 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label)   KB 858 315 212 US | |
| PS Form 3811, February 2004   Domestic Return Receipt | 102595-02-M-1540 |

United States District Court

For the District of Delaware

## Acknowledgement of Service Form
## For Service By Return Receipt

Civil Action No. 06-367 SLR

Attached below is a return receipt card reflecting proof of service upon the named party on the date show.

```
UNITED STATES POSTAL SERVICE    ARRIVAL N/A 025              First-Class Mail
                                                             Postage & Fees Paid
         12 JUN 2006 PM 3                                    USPS
                                                             Permit No. G-10
```

• Sender: Please print your name, address, and ZIP+4 in this box •

C.A. 06-367
US District Court
844 N. King Street
Wilmington, DE 19801

Long Arm, 10 Del.C. 3114

FILED 2006 JUN 14 PM 3:45 CLERK U.S. DISTRICT COURT DISTRICT OF DELAWARE