IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JULIE D. GLOBUS, CUSTODIAN FOR TAL M. GLOBUS,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>ARTHUR W. COVIELLO, JR., CHARLES R. STUCKEY, JR., JOHN ADAMS, JOHN F. KENNEDY, SCOTT T. SCHNELL, JOSEPH UNIEIEWSKI, GLORIA C. LARSON, JOSEPH B. LASSITER III, RICHARD A. DEMILLO, RICHARD L. EARNEST, WILLIAM H. HARRIS, JR., ORSON G. SWINDLE III, ROBERT P. BADAVAS, JAMES K. SIMS, TAHER ELGAMAL,<br><br>　　　　　　Defendants,<br>and<br><br>RSA SECURITY INC.,<br><br>　　　　　　Nominal Defendant. | Civil Action No. 06-367-SLR<br><br>**JURY TRIAL DEMANDED** |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by and between the undersigned counsel, subject to the approval of the Court, that the time within which Defendants Arthur W. Coviello, Jr., Charles R. Stuckey, Jr., John Adams, John F. Kennedy, Scott T. Schnell, Joseph Uniejewski, Gloria C. Larson, Joseph B. Lassiter, III, Richard A. Demillo, Richard L. Earnest, William H. Harris, Jr., Orson G. Swindle, III, Robert P. Badavas, James K. Sims, Taher Elgamal, and RSA Security Inc.'s (the "Defendants") must move, answer or otherwise respond to the Complaint is extended through and including July 17, 2006.

The parties further agree, subject to the approval of the Court, that the following schedule shall govern briefing for Defendants' motion to dismiss:

1. Defendants' opening brief and supporting papers shall be filed and served on or before July 17, 2006.

2. Plaintiff's answering brief and supporting papers shall be filed and served on or before September 11, 2006.

3. Defendants' reply brief and supporting papers shall be filed and served on or before September 25, 2006.

| | |
|---|---|
| /s/ A. Zachary Naylor | /s/ Harry Tashjian, IV |
| Pamela Tikellis (#2172) | Gregory P. Williams (#2168) |
| Robert J. Kriner, Jr. (#2546) | Harry Tashjian, IV (#4609) |
| A. Zachary Naylor (#4439) | Richards, Layton & Finger, P.A. |
| Chimicles & Tikellis LLP | One Rodney Square, P.O. Box 551 |
| P.O. Box 1035 | Wilmington, DE 19899 |
| One Rodney Square | (302) 651-7700 |
| Wilmington, DE 19899 | Williams@rlf.com |
| (302) 656-2500 | Tashjian@rlf.com |
| PamelaTikellis@Chimicles.com | Attorneys for defendants. |
| RobertKriner@Chimicles.com | |
| ZacharyNaylor@Chimicles.com | Of Counsel: |
| Attorneys for plaintiff | |
| | Jeffrey B. Rudman |
| | Michael R. Dube |
| | WilmerHale |
| | 60 State Street |
| | Boston, Massachusetts 02109 |

Dated: June 22, 2006

IT IS SO ORDERED on this _____ day of _____, 2006.

_____
Judge

RLF1-3025341-1