UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| JULIE D. GLOBUS, CUSTODIAN FOR TAL M. GLOBUS,<br>        Plaintiff,<br><br>v.<br><br>ARTHUR W. COVIELLO, CHARLES R. STUCKEY, JR., JOHN ADAMS, JOHN F. KENNEDY, SCOTT T. SCHNELL, JOSEPH UNIEJEWSKI, GLORIA C. LARSON, JOSEPH B. LASSITER III, RICHARD A. DEMILLO, RICHARD L. EARNEST, WILLIAM H. HARRIS, JR., ORSON G. SWINDLE III, ROBERT P. BADAVAS, JAMES K. SIMS, TAHER ELGAMAL,<br>        Defendants,<br>and<br><br>RSA SECURITY INC.,<br>        Nominal Defendants. | ) ) ) ) ) Civil Action No.: 06-00367-SLR ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## MOTION AND ORDER
## FOR PRO HAC VICE APPEARANCE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Jeffrey B. Rudman, Christopher Davies, Michael R. Dube, and Jenna Goldenberg of Wilmer Cutler Pickering Hale and Dorr LLP to represent all defendants in this matter.

                                                                                        Gregory P. Williams (#2168)
                                                                                        Harry Tashjian, IV (#4609)
                                                                                        Richards, Layton & Finger, P.A.
                                                                                        One Rodney Square
                                                                                        P.O. Box 551
                                                                                        Wilmington, Delaware 19899
                                                                                        (302) 651-7700
                                                                                        Williams@rlf.com
                                                                                        Tashjian@rlf.com

Dated: July 13, 2006                                        Attorneys for Defendants

SO ORDERED this _____ day of July, 2006

_____
U.S.D.J.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 13, 2006, I caused copies of the foregoing to be served on the following attorney of record at the address and in the matter indicated:

### BY HAND

Pamela Tikellis, Esq.
Chimicles & Tikellis LLP
P.O. Box 1035
One Rodney Square
Wilmington, DE 19899

Harry Tashijian, IV (#4609)

Dated: July 13, 2006

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Massachusetts and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

_____
Jeffrey B. Rudman
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

DATED: July 12, 2006

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York and the District of Columbia pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

                                                       Christopher Davies
                                                      Wilmer Cutler Pickering Hale and Dorr LLP
                                                      1825 Pennsylvania Avenue, NW
                                                      Washington, DC 20006

DATED: July 12, 2006

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Massachusetts and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Michael R. Dube
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

DATED: July 12, 2006

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Massachusetts and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

                                                                                      */s/ Jenna Goldenberg*
Jenna Goldenberg
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

DATED: July 12, 2006