**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE**

| | |
|---|---|
| JULIE D. GLOBUS, CUSTODIAN FOR TAL M. GLOBUS, <br>           Plaintiff, <br><br> v. <br><br> ARTHUR W. COVIELLO, CHARLES R. STUCKEY, JR., JOHN ADAMS, JOHN F. KENNEDY, SCOTT T. SCHNELL, JOSEPH UNIEJEWSKI, GLORIA C. LARSON, JOSEPH B. LASSITER III, RICHARD A. DEMILLO, RICHARD L. EARNEST, WILLIAM H. HARRIS, JR., ORSON G. SWINDLE III, ROBERT P. BADAVAS, JAMES K. SIMS, TAHER ELGAMAL, <br>           Defendants, <br><br> and <br><br> RSA SECURITY, INC., <br>           Nominal Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )   Civil Action No.: 06-00367-SLR |

## DEFENDANTS' MOTION TO DISMISS

Defendants Arthur W. Coviello, Jr., Charles R. Stuckey, Jr., John Adams, John F. Kennedy, Scott T. Schnell, Joseph Uniejewski, Gloria C. Larson, Joseph B. Lassiter III, Richard A. DeMillo, Richard L. Earnest, William H. Harris, Jr., Orson G. Swindle III, Robert P. Badavas, James K. Sims, Taher Elgamal, and RSA Security Inc. (nominal defendant) hereby move this Court to dismiss the claims asserted against them pursuant to Rules 12(b)(6), 23.1 and 8(a)(2) of the Federal Rules of Civil Procedure, with prejudice, on the following grounds:

1. Plaintiff lacks standing to assert any claim with respect to the majority of the transactions in question because she did not own shares of RSA Security Inc. at the time of those transactions;

i

2. This action was initiated more than three years after the alleged misconduct and is therefore time-barred;

3. Plaintiff failed to make any pre-suit demand on RSA Security Inc.'s Board of Directors and has failed to allege any fact (let alone particularized facts as mandated by Fed. Civ. P. 23.1) to show why demand should be excused;

4. The allegations in the Complaint are too unclear even to satisfy Fed. R. Civ. P. 8(a)(2);

5. RSA Security Inc.'s charter extinguishes all claims premised on officers' and directors' purported violations of their duty of care; and

6. None of the individual counts in the Complaint states a claim on which relief could be granted.

As grounds for their motion, Defendants incorporate the Opening Brief filed contemporaneously herewith.

WHEREFORE Defendants respectfully request this Court grant their motion and dismiss all claims in the Complaint in their entirety as to all Defendants and with prejudice and award the Defendants their costs in having to bring this motion.

RLF1-3038294-1

Harry Tashjian IV / kcf (#4395)
Gregory P. Williams (#2168)
williams@RLF.com
Harry Tashjian, IV (#4609)
tashjian@RLF.com
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 658-7700
Counsel for Defendants

Of Counsel:

Jeffrey B. Rudman
Michael R. Dube
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6000

Christopher Davies
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Ave. NW
Washington, DC 20006
(202) 663-6000

Dated:  July 17, 2006

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 17, 2006, I electronically filed the foregoing

document with the Clerk of Court using CM/ECF which will send notification of such filing, and

hand delivered to the following:

Pamela Tikellis, Esq.
Chimicles & Tikellis LLP
P.O. Box 1035
One Rodney Square
Wilmington, DE 19899

*Kelly E. Farnan*
Kelly E. Farnan (#4395)
Farnan@rlf.com
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700

RLF1-3038283-1

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| JULIE D. GLOBUS, CUSTODIAN FOR TAL M. GLOBUS,<br><br>              Plaintiff,<br><br>v.<br><br>ARTHUR W. COVIELLO, CHARLES R. STUCKEY, JR., JOHN ADAMS, JOHN F. KENNEDY, SCOTT T. SCHNELL, JOSEPH UNIEJEWSKI, GLORIA C. LARSON, JOSEPH B. LASSITER III, RICHARD A. DEMILLO, RICHARD L. EARNEST, WILLIAM H. HARRIS, JR., ORSON G. SWINDLE III, ROBERT P. BADAVAS, JAMES K. SIMS, TAHER ELGAMAL,<br>              Defendants,<br><br>and<br><br>RSA SECURITY INC.,<br>              Nominal Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.: 06-00367-SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PROPOSED ORDER

This _____ day of _____ 2006, the Court having considered the Motion to Dismiss filed by Defendants Arthur W. Coviello, Jr., Charles R. Stuckey, Jr., John Adams, John F. Kennedy, Scott T. Schnell, Joseph Uniejewski, Gloria C. Larson, Joseph B. Lassiter III, Richard A. DeMillo, Richard L. Earnest, William H. Harris, Jr., Orson G. Swindle III, Robert P. Badavas, James K. Sims, Taher Elgamal, and RSA Security Inc. (collectively, "Defendants"), IT IS HEREBY ORDERED that Defendants' Motion to Dismiss is GRANTED and the Complaint is dismissed with prejudice as to all Defendants.

_____
The Honorable Sue L. Robinson
United States District Judge