UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| JULIE D. GLOBUS, CUSTODIAN FOR TAL M. GLOBUS,<br><br>Plaintiff,<br><br>v.<br><br>ARTHUR W. COVIELLO, JR., CHARLES R. STUCKEY, JR., JOHN ADAMS, JOHN F. KENNEDY, SCOTT T. SCHNELL, JOSEPH UNIEJEWSKI, GLORIA C. LARSON, JOSEPH B. LASSITER III, RICHARD A. DEMILLO, RICHARD L. EARNEST, WILLIAM H. HARRIS, JR., ORSON G. SWINDLE III, ROBERT P. BADAVAS, JAMES K. SIMS, TAHER ELGAMAL,<br><br>Defendants,<br>and<br><br>RSA SECURITY INC.,<br><br>Nominal Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )<br><br>Civil Action No. 06-367-SLR |

## STIPULATION AND ORDER EXTENDING TIME

IT IS HEREBY STIPULATED AND AGREED, subject to this Court's order, that this case is stayed until 60 days after the transaction referenced below closes or December 15, 2006, whichever is earlier.

The reasons for this extension are: (1) Plaintiff has been advised that on June 29, 2006 RSA Security Inc. ("RSA") entered into an agreement to be acquired; (2) it is expected the transaction will be consummated not later than the beginning of the fourth quarter of 2006; (3) provided the transaction is consummated, all holders of RSA stock will exchange their shares for cash, either pursuant to the agreement or under the

appraisal provisions of the General Corporation Law of the State of Delaware; (4) if the transaction closes, Defendants intend to move to dismiss this litigation on the grounds that Plaintiff does not have standing to pursue a derivative claim upon consummation of the transaction; and (5) the parties agree that a stay of this action until such time as requested herein is the most efficient use of resources at this time.  This extension should not disrupt the schedule in the case, as there has been no initial conference with the Court and there is no Scheduling Order in place at this time.

Dated: July 25, 2006

Pamela S. Tikellis (#2172)
Robert J. Kriner, Jr. (#2546)
A. Zachary Naylor (#4439)
CHIMICLES & TIKELLIS LLP
One Rodney Square
P.O. Box 1035
Wilmington, Delaware 19889
(302) 656-2500

Counsel for Plaintiff

Of Counsel:

Lawrence P. Kolker, Esq.
Scott J. Farrell, Esq.
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP
270 Madison Avenue
New York, New York 10016
Telephone: (212) 545-4600

Rohit Sabharwal, Esq.
SABHARWAL & ASSOCIATES
350 Fifth Avenue, Suite 4606
New York, New York 10118
Telephone: (212) 239-9009

Respectfully submitted,

/s/ Harry Tashjian, IV
Gregory P. Williams (#2168)
Harry Tashjian, IV (#4609)
RICHARDS LAYTON & FINGER
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 658-7700

Counsel for Defendants

Of Counsel :

Jeffrey B. Rudman
Michael R. Dube
WILMER CUTLER PICKERING HALE
AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000

SO ORDERED this ___ day of July, 2006

_____

Hon. Sue L. Robinson