UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| JULIE D. GLOBUS, CUSTODIAN FOR TAL M. GLOBUS, <br><br>        Plaintiff, <br><br>v. <br><br>ARTHUR W. COVIELLO, JR., CHARLES R. STUCKEY, JR., JOHN ADAMS, JOHN F. KENNEDY, SCOTT T. SCHNELL, JOSEPH UNIEJEWSKI, GLORIA C. LARSON, JOSEPH B. LASSITER III, RICHARD A. DEMILLO, RICHARD L. EARNEST, WILLIAM H. HARRIS, JR., ORSON G. SWINDLE III, ROBERT P. BADAVAS, JAMES K. SIMS, TAHER ELGAMAL, <br><br>        Defendants, <br>and <br><br>RSA SECURITY INC., <br><br>        Nominal Defendant. | Civil Action No. 06-367-SLR |

## STIPULATION AND ORDER OF DISMISSAL

It is hereby stipulated and agreed by and between the parties, subject to the approval of the Court, that this action is hereby dismissed without prejudice with the parties to bear their own costs.

Dated: September 25, 2006

Respectfully submitted,

  /s/ Pamela S. Tikellis
Pamela S. Tikellis (#2172)
Robert J. Kriner, Jr. (#2546)
A. Zachary Naylor (#4439)
CHIMICLES & TIKELLIS LLP
One Rodney Square
P.O. Box 1035
Wilmington, Delaware 19889
(302) 656-2500

Counsel for Plaintiff

Of Counsel:

Lawrence P. Kolker, Esq.
Scott J. Farrell, Esq.
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP
270 Madison Avenue
New York, New York 10016
Telephone: (212) 545-4600

Rohit Sabharwal, Esq.
SABHARWAL & ASSOCIATES
350 Fifth Avenue, Suite 4606
New York, New York 10118
Telephone: (212) 239-9009

  /s/ Gregory P. Williams
Gregory P. Williams (#2168)
Harry Tashjian, IV (#4609)
RICHARDS LAYTON & FINGER
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 658-7700

Counsel for Defendants

Of Counsel :

Jeffrey B. Rudman (BBO #433380)
Michael R. Dube (BBO # 654748)
WILMER CUTLER PICKERING HALE
AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000

SO ORDERED this ___ day of September, 2006

_____
Hon. Sue L. Robinson

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JULIE D. GLOBUS, CUSTODIAN FOR TAL M. GLOBUS, | ) ) ) | Civil Action No. 06-367-SLR |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| ARTHUR W. COVIELLO, JR., CHARLES R. STUCKEY, JR., JOHN ADAMS, JOHN F. KENNEDY, SCOTT T. SCHNELL, JOSEPH UNIEJEWSKI, GLORIA C. LARSON, JOSEPH B. LASSITER III, RICHARD A. DEMILLO, RICHARD L. EARNEST, WILLIAM H. HARRIS, JR., ORSON G. SWINDLE III, ROBERT P. BADAVAS, JAMES K. SIMS, TAHER ELGAMAL, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants, and | ) ) ) | |
| RSA SECURITY INC., | ) ) | |
| Nominal Defendant. | ) ) | |

## CERTIFICATE OF SERVICE

I, A. Zachary Naylor, do hereby certify that on this 25th day of September, 2006, I caused copies of the foregoing Stipulation and Order of Dismissal to be served on the following counsel in the manner indicated below.

<table>
<tr><td colspan="2" align="center"><b><u>BY Electronic Mail</u></b></td></tr>
<tr><td>

Lawrence P. Kolker, Esq.  
Scott J. Farrell, Esq.  
WOLF HALDENSTEIN ADLER  
FREEMAN & HERZ LLP  
270 Madison Avenue  
New York, New York 10016  
Telephone: (212) 545-4600  
Kolker@whafh.com  
Farrell@whafh.com  

</td><td>

Gregory P. Williams (#2168)  
Harry Tashjian, IV (#4609)  
RICHARDS LAYTON & FINGER  
One Rodney Square  
P.O. Box 551  
Wilmington, Delaware 19899  
(302) 658-7700  
Williams@rlf.com  
Tashjian@rlf.com  

</td></tr>
</table>

Jeffrey B. Rudman (BBO #433380)  
WILMER CUTLER PICKERING HALE  
AND DORR LLP  
60 State Street  
Boston, MA 02109  
(617) 526-6000  
Jeffrey.Rudman@wilmerhale.com  

_____  
A. Zachary Naylor (#4439)